**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD LAX an individual d/b/a KIN,<br><br>Plaintiff,<br><br>vs.<br><br>KIN SOCIAL TONICS, INC., a Delaware corporation, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV 19-4875-DMG (JCx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [43]** |

-1-

The Court, having reviewed the parties' Joint Stipulation For Order Of Dismissal With Prejudice, and for good cause shown,

IT IS HEREBY ORDERED that:

1. The above-captioned action, including all claims asserted therein, is hereby DISMISSED WITH PREJUDICE in its entirety;

2. The Court shall retain jurisdiction to enforce the parties' Settlement Agreement; and

3. All scheduled dates and deadlines are VACATED.

DATED: October 15, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE